132 A.3d 985

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Benjamin BRABHAM, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 25, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of February, 2016, the Petition for Allowance of Appeal is GRANTED on a limited basis, solely pertaining to the issues of whether Petitioner's sentence violates the prohibition against mandatory life sentences for juvenile offenders announced by the Supreme Court of the United States in *Miller v. Alabama,* 567 U.S. 460, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012). As a result of the recent holding by that Court that *Miller* must be applied retroactively by the States, *see Montgomery v. Louisiana,* —— U.S. ——,

178

136 S.Ct. 718, 193 L.Ed.2d 599 (2016), the Superior Court's order is VACATED, and the case is REMANDED for further proceedings consistent with *Montgomery*. Allocatur is DENIED in all other respects.

To the extent necessary, leave is to be granted to amend the post-conviction petition to assert the jurisdictional provision of the Post Conviction Relief Act extending to the recognition of constitutional rights by the Supreme Court of the United States which it deems to be retroactive. *See* 42 Pa.C.S. § 9545(b)(1)(iii).

Justices EAKIN and DONOHUE did not participate in the consideration or decision of this matter.